**No. 11-6142. Ricky H. Hammontree, Petitioner v. Robert Horel, Warden.**

565 U.S. 986, 132 S. Ct. 514, 181 L. Ed. 2d 363, 2011 U.S. LEXIS 7752.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6150. Kenneth Eugene Reeves, Petitioner v. Florida.**

565 U.S. 986, 132 S. Ct. 515, 181 L. Ed. 2d 363, 2011 U.S. LEXIS 7716.

October 31, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 57 So. 3d 874.

**No. 11-6155. Amir H. Sanjari, Petitioner v. Alison Gratzol.**

565 U.S. 986, 132 S. Ct. 514, 181 L. Ed. 2d 363, 2011 U.S. LEXIS 7770.

October 31, 2011. Petition for writ of certiorari to the Court of Appeals of Indiana, Fourth District, denied.

**No. 11-6156. Patrick L. Richardson, Petitioner v. James Walker, Warden.**

565 U.S. 986, 132 S. Ct. 514, 181 L. Ed. 2d 363, 2011 U.S. LEXIS 7872.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6161. Carlton George Black, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 986, 132 S. Ct. 516, 181 L. Ed. 2d 363, 2011 U.S. LEXIS 7776.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-6170. Gary William Hallford, Petitioner v. J. Mendez, et al.**

565 U.S. 986, 132 S. Ct. 516, 181 L. Ed. 2d 363, 2011 U.S. LEXIS 7798,

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 422 Fed. Appx. 621.

**No. 11-6171. Ronald E. Mitchell, Petitioner v. Missouri.**

565 U.S. 986, 132 S. Ct. 516, 181 L. Ed. 2d 363, 2011 U.S. LEXIS 7849.

October 31, 2011. Petition for writ of certiorari to the Court of Appeals of Missouri, Western District, denied.

Same case below, 337 S.W.3d 68.

**No. 11-6172. Kirk John Northup, Petitioner v. Cody W. Ginsel, Warden, et al.**

565 U.S. 986, 132 S. Ct. 517, 181 L. Ed. 2d 363, 2011 U.S. LEXIS 7761.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.